UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL, | No. 2:17-cv-0866 KJN P |
| Plaintiff, | |
| v. | ORDER |
| F. MARTIN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed July 26, 2017, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On August 7, 2017, plaintiff submitted the USM-285 forms but failed to file the copies of the amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one copy of the May 25, 2017, amended complaint; and

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the three copies of the amended complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: August 15, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

camp0866.8f

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| SENARBLE CAMPBELL, | No. 2:17-cv-0866 KJN P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| F. MARTIN, et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

\_\_\_\_ copies of the _____

Amended Complaint

DATED: _____

_____
Plaintiff